AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                    DISTRICT OF    ALABAMA

NICOLE WALLACE, et al

V.

SHELDON J. FINKEL, DDS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv5-W

TO: (Name and address of defendant)
Sheldon J. Finkel, DDS
3044 McGhee Road
Montgomery, Alabama 36111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Keith Anderson Nelm
PO Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE 1/9/06