**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheldon J. Finkel, DDS
3044 McGhee Road
Montgomery, AL 36111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Heather Daniel_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Heather Daniel    1/10/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

2:06 CV 5 S+ C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0000 5265 0370

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540