SHELDON J. FINKEL D.D.S.
PROFESSIONAL ASSOCIATION
3044 McGEHEE ROAD
MONTGOMERY, ALABAMA 36111

1-334-284-9361

RECEIVED
2006 JAN 18 A 9:49

mp\WALLACE              January 10, 2006

RE: Nicole Wallace vs. Sheldon J. Finkel, DDS
Civil Action No. 2:06cv5-SRW

TO: Attorney Jay Lewis, representing plaintiff Nicole Wallace.
    Keith Anderson Nelm
    P.O. Box 5059
    Montgomery, AL 36103

The plaintiff did request credit by attempting to reserve $100 of this office's time without paying for it in advance. The credit report was obtained to evaluate the predictability of the plaintiff paying for the reserved time when she arrived. If she chose to decline to pay at the reserved time, the value of the time would have been irretrevably lost.

The plaintiff's complaint makes false and fraudulent statements regarding harm to credit reputation (p.2), injuries (p.2), the need to repair credit reports (p.3), impairment of credit (p.5) plaintiff has been damaged (p.5).

There have been no damages or adverse effects to the plaintiff whatsoever.

If this issue continues to evolve, I shall consult with the grievance or ethics committee of the local bar association as to the appropriateness of claiming damages where clearly none exist.

Sheldon J. Finkel, Defendant
3044 McGehee Road
Montgomery, Alabama 36111
284-9361

SHELDON J. FINKEL D.D.S.
PROFESSIONAL ASSOCIATION
3044 McGEHEE ROAD
MONTGOMERY, ALABAMA 36111

1-334-284-9361

mp\CERTSERV

January 10, 2006

CERTIFICATE OF SERVICE

RE: Nicole Wallace vs. Sheldon J. Finkel, DDS
Civil Action No. 2:06cv5-SRW

I hereby certify that I served, by certified mail, an answer to the complaint dated December 30, 2005, which was served upon me by:

Attorney Jay Lewis, representing plaintiff Nicole Wallace.
Keith Anderson Nelm
P.O. Box 5059
Montgomery, AL 36103

A copy of my answer is enclosed.

Sheldon J. Finkel, Defendant
3044 McGehee Road
Montgomery, Alabama 36111
284-9361