IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Nicole Wallace, et al.,
    Plaintiffs,

v.

Sheldon J. Finkel; DDS.,
    Defendants.

Civil Case No. 2:06cv5-SRW

## CONSENT TO MAGISTRATE JUDGE

COME NOW Plaintiffs in the above-styled matter hereby filing their consent to the Magistrate Judge's exercise of civil jurisdiction in this case.

RESPECTFULLY submitted this the _17th_ day of January, 2006.

K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff