IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

NICOLE WALLACE )
)
Plaintiff(s), )
)
v. ) CIVIL ACTION NO. 2:06cv005-SRW
)
SHELDON J. FINKEL, DDS )
)
Defendant(s). )

2006 FEB 23 A 9:59

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2/16/06
Date

*Sheldon J. Finkel, DDS*
Signature

SHELDON J. FINKEL, DDS,
Counsel For (**print** name of all parties)

3044 McGEHEE RD, MONTGOMERY AL 36111
Address, City, State Zip Code

284-9361
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101