SHELDON J. FINKEL D.D.S.
PROFESSIONAL ASSOCIATION
3044 McGEHEE ROAD
MONTGOMERY, ALABAMA 36111

1-334-284-9361

RECEIVED

2006 FEB 27  A 9: 47

mp\WALLACE                February 25, 2006

RE: Nicole Wallace vs. Sheldon J. Finkel, DDS
Civil Action No. 2:06cv5-SRW

REPORT OF PARTIES PLANNING MEETING

Persuant to Fed. R. Civ. P.26(f) a meeting was held by telephone on February 24, 2006, between the following participants:

K. Anderson Helms
Law Offices of Jay Lewis
Attorney for the Plaintiff

Dr. Sheldon J. Finkel
Pro Se

Dr. Finkel proposed that since the facts and issues were all clearly on the table, there would be no need for discovery. Dr. Finkel stated that he would file that with the court. Mr. Helms replied: That's fine.

Sheldon J. Finkel, Defendant
3044 McGehee Road
Montgomery, Alabama 36111
284-9361

**SHELDON J. FINKEL D.D.S.**
PROFESSIONAL ASSOCIATION
3044 McGEHEE ROAD
MONTGOMERY, ALABAMA 36111

1-334-284-9361

mp\CERTSERV          February 27, 2006

## CERTIFICATE OF SERVICE

RE: Nicole Wallace vs. Sheldon J. Finkel, DDS
Civil Action No. 2:06cv5-SRW

I hereby certify that I served, via fax, a copy of the enclosed report, to:

    Attorney Jay Lewis, representing plaintiff Nicole Wallace.
    Keith Anderson Nelm
    P.O. Box 5059
    Montgomery, AL 36103
    Fax 832-4390

*[signature]*
Sheldon J. Finkel, Defendant
3044 McGehee Road
Montgomery, Alabama 36111
284-9361