IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:06cv005-SRW |
| ) | |
| SHELDON J. FINKEL, D.D.S., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This action is presently before the court on the motion for summary judgment filed by defendant on May 2, 2006.  The parties are DIRECTED to comply with the order of this court entered on March 15, 2006 (Doc. # 10), which establishes the briefing schedule.

Done, this 3rd day of May, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE