# EXHIBIT - 1

# PLAINTIFF'S AFFIDAVIT

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICHOLE WALLACE<br>Individually<br>And on behalf of all<br>similarly situated persons<br><br>    Plaintiffs<br><br>v.<br><br>SHELDON J. FINKEL, DDS<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 2:06-CV-5<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF PLAINTIFF

BEFORE ME, the undersigned authority, personally appeared NICHOLE WALLACE who, being first duly sworn upon her oath, did depose and say as follows:

"My name is Nichole Wallace, the plaintiff herein; the following facts are true and correct and are based on my personal knowledge.

"On or about October 14, 2005, I telephoned Dr. Sheldon Finkel's dental office to make an appointment as a new patient. Personnel at the defendant's business requested certain information from me, purportedly for the purpose of opening a 'new patient file.' I provided the information requested, upon representation believing that it would be used solely for the purpose of opening a new patient file. At no time did Dr. Finkel's personnel advise me that my credit report would be checked, nor did I otherwise consent to a credit check.

"I was advised and understood that I would be required to pay for my treatment at the time of service and I was prepared to do so; at no time did I contemplate entering into a credit transaction with Dr. Finkel's office. In fact, at that time I maintained comprehensive health

insurance through Principal Financial Group. I informed the office person that my coverage included dental services because I wanted to be sure that his office accepted Principal Financial Group payments.

"On the same day, Dr. Finkel requested and received a consumer report on me from Experian.

"I have had credit difficulties in the past, and I know that excessive inquiries can harm my credit score. I feel that my credit rating has been harmed and my privacy has been invaded.

"All I wanted was dental care. This unconsented and unwarranted invasion has caused me embarrassment, apprehension, and dismay."

Further, deponent saith not.

*Nichole Wallace*
NICHOLE WALLACE
Affiant

SWORN TO and SUBSCRIBED before me this 23rd day of May, 2006.

*Dana S English*
NOTARY PUBLIC, Alabama at Large
My commission expires 9/19/07