# EXHIBIT - 2

# CREDIT REPORT DOCUMENTS

 

Equifax Credit Report as of October 17, 2005

| Name: | Niichole C. Tebbetts |
|---|---|
| Confirmation Number: | 5790960246 |

| Section Title | Section Description |
|---|---|
| 1. Personal Information | Personal data, addresses, employment history |
| 2. Credit Summary | Summary of account activity |
| 3. Account Information | Detailed account information |
| 4. Inquiries | Companies that have requested or viewed your credit information |
| 5. Collections | Accounts turned over to collection agencies |
| 6. Public Records | Bankruptcies, liens, garnishments and other judgments |
| 7. Dispute File Information | How to dispute information found on this credit report |
| 8. Summary of Your Rights Under the FCRA | |
| 9. Remedying the Effects of Identity Theft | |

Personal Information

### Credit Report for Niichole C. Tebbetts as of 10/17/2005
**Confirmation Number:** 5790960246

⚠ **Important. Please print this report as it will only be available for you to review during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.**

If you have questions about your credit report, learn what steps you can take in frequently asked questions (FAQs).

### Personal Information
**Name:** Niichole C. Tebbetts
**Social Security Number:** 426-45-████
**Age or Date of Birth:** September 14, ████
**Formerly known as:** Nicole C. Wallace  Nichole C. Tebbetts

The following information is added to your file either when creditors enter requests to view your credit history, or when you report it to Equifax directly. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report.

**Current Address**

1624 YANCEY AVE
MONTGOMERY, AL 36107
Date Reported: 01/2001

**Previous Address**

**Former Address 1**
1384 TWINS PL
PRATTVILLE, AL 36067
Date Reported: 05/2000

| | | |
|---|---|---|
| ENTERPRISE | | |
| AR-CAPITAL ONE | 09/19/05, 09/07/2005 | AR |
| PRM-AT&T WIRELESS | 08/10/05, 06/14/2005, 05/03/2005, 11/23/2004, 10/27/2004 | PRM |
| PRM-CINGULAR WIRELESS-BCS | 03/15/05 | PRM |
| PRM-CINGULAR WIRELESS-TRANZACT | 05/02/05 | PRM |
| PRM-COLUMBUS BANK & TRUST | 08/09/05, 05/09/2005, 04/01/2005, 02/22/2005 | PRM |
| PRM-DM SERVICES, INC. | 06/12/05 | PRM |
| DR S J FINKEL | 10/14/05 | CR |
| EQUIFAX | 10/17/05 | ID |
| PRM-FIRST PREMIER BANK PROMO | 02/15/05 | PRM |
| AR-GECCCC/DILLARDS | 07/30/05 | AR |
| AR-HOUSEHOLD BANK | 06/15/05 | AR |
| I PLACE, INC, | 11/30/04 | ID |
| DTC-KNOLOGY OF MONTGOMERY | 08/11/05 | DTC |

| Types of Inquiries | |
|---|---|
| PRM | A promotional inquiry in which your name and address were given to a lender for credit offers, such as credit card solicitations. These inquiries remain on your file for 12 months |
| AM or AR | An Account Monitoring or Account Review inquiry in which one of your creditors performs a periodic review of your account. These inquiries remain on your file for 12 months |
| Equifax, ID, ACIS or UPDATE | Internal inquiries, which indicate Equifax's activity in response to your contact with us, for either a copy of your credit report or a request for research. These inquiries will remain on your file for 24 months. |

⬆ Back to Top

Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because you have not paid the account as agreed. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report.

| CREDIT BUREAU COLL DEPT | |
|---|---|
| Agency Address: | PO Box 230609<br>Montgomery, AL 361235609 |
| Date Reported: | 09/2005 |
| Date Assigned: | 01/2004 |
| Creditor Classification: | Medical/Health Care |
| Creditor Name: | JACKSON HOSPITAL |
| Accounts Number: | 851XXX |

https://fact.econsumer.equifax.com/fact/productView.ehtml?prod_cd=CRD&oi_num=FA...   10/17/2005