RECEIVED
2006 MAY 24 A 9:39
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NICOLE WALLACE        )
                     )
    Plaintiff        )
                     )         Case No: 2:06-CV-5
    v.               )
                     )
SHELDON . FINKEL, D.D.S.  )
                     )
    Defendant        )
                     )

DEFENDANT'S FINAL BRIEF
IN REQUEST FOR SUMMARY JUDGEMENT

Reference is made to Document 10 which mandates the briefing schedule for summary judgement.

Defendant submits that the Fair Credit Reporting Act explicitly permitted the Defendant to obtain the Plaintiff's credit report, as directly quoted from the Act:

Section 604 - Permissable Purposes of Credit Reports

(a) any consumer reporting agency may furnish a consumer report

(3) to a person which it has reason to believe

(F) has a legitimate business need for the information

(i) in connection with a business transaction that is initiated by the consumer.

Sheldon J. Finkel
Sheldon J. Finkel, Defendant
3044 McGehee Road
Montgomery, Alabama 36111
284-1290

Dated:
5/24/06
\MP\STYLE

ORIGINAL

mp\CERTSERV         May 24, 2006

CERTIFICATE OF SERVICE

RE: Nicole Wallace vs. Sheldon J. Finkel, DDS
Civil Action No. 2:06cv5-SRW

I hereby certify that I served, via fax and mail, a copy of the enclosed Final Brief For Request for Summary Judgement, to:

    Attorney Jay Lewis, representing plaintiff Nicole Wallace.
    Keith Anderson Nelm
    P.O. Box 5059
    Montgomery, AL 36103
    Fax 832-4390

*Sheldon J. Finkel*
Sheldon J. Finkel, Defendant
3044 McGehee Road
Montgomery, Alabama 36111
284-9361

ORIG