IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICHOLE WALLACE, individually and on behalf of all similarly situated persons, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV05-SRW ) (WO) |
| SHELDON J. FINKEL, D.D.S., | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that judgment is entered in favor of defendant and against plaintiff, and plaintiff's claims are DISMISSED. Costs are taxed against plaintiff.

DONE, this 22nd day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE