UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NICOLE WALLACE,** Individually, And on behalf of all similarly situated persons, | ) ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) Case No: 2:06-CV-5 ) ) |
| **SHELDON J. FINKEL, DDS,** | ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

_____Notice is hereby given that **NICOLE WALLACE**, Appellant in the above named case, appeals to the United States Court of Appeals for the 11th Circuit from that Order granting judgment in favor of the defendant against the plaintiff, taxing costs against plaintiff, dismissing this action entered in this case on June 22, 2006.

Respectfully Submitted this the __21st__ day of July, 2006.

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

LAW OFFICES OF JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
j-lewis@jaylewislaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this__21st__day of July, 2006.

Dr. Sheldon J. Finkel
3044 McGhee Road
Montgomery, AL 36111

                                                    s/K. ANDERSON NELMS
                                                  K. ANDERSON NELMS
                                                  P.O. Box 5059
                                                  Montgomery, AL 36103
                                                  Phone: (334) 263-7733
                                                  Fax: (334) 832-4390
                                                  andynelms@jaylewislaw.com
                                                  ASB-6972-E63K