UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 26 A 9:21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| NICHOLE WALLACE<br>Individually<br>And on behalf of all<br>similarly situated persons<br><br>Plaintiffs<br><br>v.<br><br>SHELDON J. FINKEL, DDS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 2:06-CV-5<br>)<br>)<br>)<br>)<br>) |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff, Nicole Wallace, moves this Honorable Court for an order allowing her to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached declaration in support of the motion.

RESPECTFULLY SUBMITTED on this the 25th day of July, 2006.

_____
KEITH ANDERSON NELMS
Plaintiff Attorney

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (voice)
(334) 832-4390 (fax)
ASB-2014-E66J
J-Lewis@JayLewisLaw.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 26  A 9: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| NICHOLE WALLACE<br>Individually<br>And on behalf of all<br>similarly situated persons<br><br>Plaintiffs<br><br>v.<br><br>SHELDON J. FINKEL, DDS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 2:06-CV-5 |

## DECLARATION OF SUBSTANTIAL HARDSHIP

COMES NOW NICHOLE WALLACE, and files her Affidavit of Substantial Hardship with the Court in the above-styled cause, and as grounds therefor says as follows:

"I am the Plaintiff in the above entitled proceeding; that in support of my request to proceed without prepayment of fees and costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the appeal.

1. I am not currently incarcerated.

2. I am currently employed at: Center of Attention located at 508 Coliseum Boulevard, Montgomery, Alabama. I make $500.00 per month gross pay. I receive $400.00 per month in child support, $686.00 in Social Security and $257.00 per month in V.A. all totaling $1,843.00 gross each month. My monthly expenditures total $1,804.00.

3. I do not collect any other monies monthly to include but not limited to from business, profession pensions, gifts or any other sources.

4. I have $50.00 in cash.

5. I do not own any real estate, stocks, bonds, securities, or other financial instruments. I own a 1995 Mercury Villager van valued at approximately $2,000.00 with a remaining balance of $1,500.00.

6. The following are persons dependant upon my support: Celia Tebbetts, daughter, age 11; Kyle Wallace, son, age 7; and Nicholas Wallace, son, age 6.

Further declarant saith not."

Done on this the 25th day of July, 2006.

*Nichole Wallace*
NICHOLE WALLACE
Declarant

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

7-25-06
Executed on   (date)

*Nichole Wallace*
Signature of Declarant