IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICHOLE WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV005-SRW |
| ) | |
| SHELDON J. FINKEL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiff's motion for leave to appeal *in forma pauperis* (Doc. # 19), it is

ORDERED that the motion is GRANTED.

DONE, this 31st day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE