IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-14078-HH

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 1 9 2006
THOMAS K. KAHN
CLERK

NICOLE WALLACE,

Plaintiff-Appellant,

versus

SHELDON J. FINKEL, DDS,

Defendant-Appellee.

_____

Appeal from the United States District Court for the

Middle District of Alabama

_____

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief and record excerpts within the time fixed by the rules, effective this 19th day of October, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Joe Caruso
     Deputy Clerk
     FOR THE COURT - BY DIRECTION

A TRUE COPY - ATTESTED:
Clerk, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

by: _____
DEPUTY CLERK
ATLANTA, GEORGIA

ORD-40